## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-01293-TJH-MAA                                    Date: June 13, 2024

Title:     *Sammeiso Leonard Lewis v. Superior Court of the State of California for the County of Los Angeles, et al.*

---

Present:  The Honorable TERRY J. HATTER, JR., U.S. District Judge

|  Yolanda Skipper  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE A FULLY COMPLETED REQUEST FOR *IN FORMA PAUPERIS* STATUS [JS-6]

Plaintiff failed to pay the filing fee or file a fully completed CV-60P form, as ordered on April 11, 2024.

Accordingly, Plaintiff's request to proceed *in forma pauperis* is **DENIED,** and this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.